IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THALUS MARK LADNER                          PLAINTIFF

VS.                          CIVIL ACTION NO. 1:18-cv-185-FKB

NANCY A. BERRYHILL, ACTING COMMISSIONER              DEFENDANT
OF SOCIAL SECURITY ADMINISTRATION

## FINAL JUDGMENT

For the reasons explained in the opinion and order entered this day, the decision of the Commissioner is affirmed, and this matter is dismissed with prejudice.

SO ORDERED AND ADJUDGED this, the 23rd day of September, 2019.

                                                 /s/ F. Keith Ball
                                                 UNITED STATES MAGISTRATE JUDGE